**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **COSBY SIRINGI,** ***individually and on behalf of all others similarly situated,*** <br><br> **Plaintiff,** <br><br> **-v-** <br><br> **CRUST PIZZA CO.,** <br><br> **Defendant.** | **Civil Case Number:** <br> **4:25-cv-04266** <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |

**PLAINTIFF's**
**FIRST NOTICE OF SUPPLEMENTAL AUTHORITY**

> *"Filing notices of supplemental authorities that come to a party's attention after briefing is complete is a well-established practice and such practice is helpful to the Court, which of course always endeavors to apply current authority in resolving the issues before it."*
>
> *Ahern Rentals, Inc. v. EquipmentShare.com, Inc.,* 2020 U.S. Dist. LEXIS 267661, at *2-3 (S.D. Tex. May 11, 2020), quoting *Mendoza v. Microsoft*, Inc., 1 F. Supp. 3d 533, 541 (W.D. Tex. 2014).

Plaintiff respectfully submits this First Notice of Supplemental Authority to apprise the Court of an opinion issued by the Western District of Texas yesterday, which has joined the vast consensus of courts continuing to find that text messages are considered 'calls' under the Telephone Consumer Protection Act.

In *Feliciano v. Red McCombs Hyundai Nw. GP, L.L.C.,* No. SA-26-CV-00200-JKP, 2026 U.S. Dist. LEXIS 246635 (W.D. Tex. Oct. 28, 2026), the sole issue was the same one presented here: "whether the telemarketing text messages left on Feliciano's cellphone constitute a 'telephone call' subject to the TCPA's Do-Not-Call restriction." *Id.,* at *3. Citing to Judge Crane's holding in *Alvarez v. Fiesta Nissan, Inc.,* the *Feliciano* court adopted the "persuasive extensive authority within the district courts of Texas and the Fifth Circuit, in which courts consistently hold the TCPA applies to text messages", and rejected the defendant's invitation to instead follow the Seventh Circuit's holding in *Steidinger. Id.,* at *4. A copy of this newly issued decision is attached as Exhibit A.

Plaintiff accordingly requests that this Court consider this on-point supplemental authority, and respectfully requests this Court reach the same result for the same sound reasons.

Dated: October 29, 2026

/s/ Yitzchak Zelman______________
Yitzchak Zelman, Esq. (YZ5857)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
*Attorney for Plaintiff Cosby Siringi*